# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0395
LT Case No. 16-2017-CF-9392-AXXX-MA

_____

USIVE BRAMAR HOLLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Usive Bramar Holley, Lake Butler, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.


March 12, 2024


PER CURIAM.

AFFIRMED.

JAY, HARRIS and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____